NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FREDDIE FRANKLIN JOHNSON,                )
DOC #148032,                             )
                                         )
       Appellant,                        )
                                         )
v.                                       )     Case No.  2D18-271
                                         )
STATE OF FLORIDA,                        )
                                         )
       Appellee.                         )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Freddie Franklin Johnson, pro se.


PER CURIAM.


      Affirmed.


SILBERMAN, VILLANTI, and MORRIS, JJ., Concur.